# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **UNIVERSAL BEAUTY PRODUCTS, INC.,** | |
| Plaintiff, | |
| v. | Case No. 1:16-cv-2642 |
| **XTREME TOOLS INTERNATIONAL, INC.,** | |
| Defendant. | |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to Local Rule 3.4 of the United States District Court for the Northern District of Illinois and 15 U.S.C. § 1116(c), Plaintiff Universal Beauty Products Inc. ("UBP"), by its attorneys, hereby submits this Notice of Claims Involving Trademarks. On this day, UBP has filed a Complaint for declaratory relief concerning Supplemental Trademark Registration Number 4,247,703 owned by Xtreme Tools International, Inc. In accordance with Local Rule 3.4 and 15 U.S.C. § 1116(c), UBP also provides herein the addresses of the litigants to the extent such information is known:

**PLAINTIFF:** Universal Beauty Products Inc.
500 Wall Street
Glendale Heights, Illinois 60139

**DEFENDANT:** Xtreme Tools International, Inc.
15400 N.W. 34th Street
Miami, Florida 33054-2461

Dated: February 26, 2016

Respectfully submitted,

By: s/ Alice A. Kelly

Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Alice A. Kelly (Reg. No. 6281897)
Shyla N. Jones (Reg. No. 6309356)
NORVELL IP llc
357 W. Chicago Ave. Ste. 200
Chicago, Illinois 60654
Telephone: (888) 315-0732
Facsimile: (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiff*
*Universal Beauty Products Inc.*